UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>            Plaintiff,<br><br>v.<br><br>AKAU, et al.,<br><br>           Defendants. | Case No. 1:24-cv-00512-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE MICHAEL THOMAS**, Inmate No. 2517522 VIA VIDEO CONFERENCE<br><br>DATE: November 19, 2024<br>TIME: 1:00 p.m. |

**Inmate Michael Thomas, Inmate No. 2517522**, a necessary and material witness on his behalf in a settlement conference on **November 19, 2024**, at 1:00 p.m., is confined at the Minnehaha County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on November 19, 2024, at 1:00 p.m.**

    **ACCORDINGLY, IT IS ORDERED** that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Sheriff of Minnehaha County Jail:**

    **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **October 18, 2024**
                                                            UNITED STATES MAGISTRATE JUDGE

