UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>             Plaintiff,<br><br>      v.<br><br>AKAU, et al.,<br><br>             Defendants. | No.  1:24-cv-00512-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR HIS SISTER TO ATTEND THE SETTLEMENT CONFERENCE<br><br>(ECF No. 14) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for a settlement conference on November 19, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.

On November 1, 2024, Plaintiff filed a motion requesting that his sister be allowed to attend the settlement conference via Zoom.  Plaintiff is advised that the Court does not allow non-party individuals to participate in settlement conferences conducted by the Court.  Thus, as Plaintiff is representing himself in this action, he is the only participant allowed to attend the settlement conference on his behalf.  Accordingly, Plaintiff's motion for the attendance of his sister at the settlement conference is DENIED.

IT IS SO ORDERED.

Dated:   **November 5, 2024**

UNITED STATES MAGISTRATE JUDGE

1