UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>            Plaintiff,<br><br>     v.<br><br>AKAU, et al.,<br><br>            Defendants. | No. 1:24-cv-00512-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXCUSE LATE FILING OF CONFIDENTIAL SETTLEMENT STATEMENT AS MOOT<br><br>(ECF No. 21) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On November 19, 2024, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference and this case settled with the terms were placed on the record.  (ECF No. 18.)  The Court ordered that the parties file dispositional documents within thirty days.  (ECF No. 20.)

On November 20, 2024, Plaintiff filed a motion to excuse the late filing of his confidential settlement statement, along with a copy of his settlement statement which was filed under seal.  (ECF Nos. 22, 23.)  Inasmuch as the Court has already conducted the settlement conference and the case settled, Plaintiff's motion to excuse the late filing of his settlement statement is denied as MOOT.

IT IS SO ORDERED.

Dated:   **November 21, 2024**                    _____
                                                                                STANLEY A. BOONE
                                                                                United States Magistrate Judge

1